# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

145994 & (38)(39)(42)(43)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 145994
                                      COA: 306257
                                      Genesee CC: 05-017154-FC

OMAR RASHAD POUNCY,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 13, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to expand the record and the motions to remand are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



p0520

                        Clerk